No. 11–597. ARKANSAS GAME AND FISH COMMISSION *v.* UNITED STATES. C. A. Fed. Cir. [Certiorari granted, 566 U. S. 920.] Motion of professors of law teaching in the property law and water rights fields for leave to file a brief as *amici curiae*

granted. JUSTICE KAGAN took no part in the consideration or decision of this motion.